SCPW-17-0000514

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

DVORAH M. MISHKIN, Petitioner,

vs.

COURT CLERK OF THE FAMILY COURT OF THE THIRD CIRCUIT,
STATE OF HAWAI'I, Respondent.

ORIGINAL PROCEEDING
(FC-D NO. 14-1-0274)

ORDER DENYING PETITION FOR WRIT OF MANDAMUS
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Upon consideration of petitioner Dvorah M. Mishkin's petition for writ of mandamus, filed on June 27, 2017, the documents attached thereto and submitted in support thereof, and the record, it appears that the subject motion has been filed in the record of Case No. 14-1-0274 and that petitioner fails to demonstrate that she is entitled to indigent status before this court. Petitioner, therefore, is not entitled to the requested writ of mandamus. See Kema v. Gaddis, 91 Hawai'i 200, 204, 982 P.2d 334, 338 (1999) (a writ of mandamus is an extraordinary remedy that will not issue unless the petitioner demonstrates a clear and indisputable right to relief and a lack of alternative

means to redress adequately the alleged wrong or obtain the requested action).  Accordingly,

IT IS HEREBY ORDERED that the petition for writ of mandamus and the related request for relief are denied.

DATED: Honolulu, Hawaiʻi, July 25, 2017.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

2